**Dismissed and Memorandum Opinion filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00900-CV

---

## SHARON LEE DOWNES, Appellant

## V.

## KAREN ANN BRINDAMOUR, Appellee

---

**On Appeal from the 461st District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 116506-F**

---

## MEMORANDUM OPINION

This is an attempted appeal from a protective order signed March 11, 2022. *See* Tex. Fam. Code Ann. § 81.009(a) (allowing appeals from protective orders rendered under Family Code title 4, subtitle B, Tex. Fam. Code Ann. §§ 81.001-88.008). Appellant filed a timely motion for new trial on March 16, 2022. Appellant's notice of appeal was filed December 5, 2022.

When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the appealable order is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On December 9, 2022, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan.